JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| M.G.E., JR., by and through his Guardian ad Litem, VALERIE ESPARZA,<br><br>Plaintiff,<br><br>vs.<br><br>LOS ANGELES DODGERS, LLC, et al.,<br><br>Defendants. | 2:23-cv-09373-MWF-KS<br><br>ORDER ON STIPULATION TO DISMISS ACTION WITHOUT PREJUDICE |

GOOD CAUSE appearing

IT IS HEREBY ORDERED that the parties' Stipulation to the dismissal of this action without prejudice is granted.


DATED:  June 18, 2024

By: _____

HON. MICHAEL W. FITZGERALD
**United States District Judge**


Presented by:
Jeff Price, Esq.
Attorney for Plaintiff